UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: MARC J. PEARLMAN BK No. 7-04-12257

**OBJECTION TO THE MOTION OF CITIBANK, N.A., AS TRUSTEE FOR RELIEF FROM STAY**

1. Debtor lacks sufficient information to form a belief as to the truth of the averments of Paragraph 1.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied.
8. Denied.
9. Denied.
10. Debtor lacks sufficient information to form a belief as to the truth of the averments of Paragraph 10.
11. Denied.
12. Admitted.
13. Admitted.
14. Denied.

**FIRST AFFIRMATIVE DEFENSE**

Movant has adequate protection of its interest in its collateral.

Debtor
By His Attorneys,

/s/PETER G. BERMAN
BC #2030
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

**CERTIFICATE OF SERVICE**

I hereby certify that on 03/24/05, I electronically filed the Objection with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: United States Trustee's Office, Ustregion01.pr.ecf@usdoj.gov, Catherine Eastwood, Esquire, cve@psh.com, and Charles Pisaturo, Esquire, cpisaturo@earthlink.net; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants: Mr. Marc Pearlman, 6 Ralls Drive, Cranston, RI 02920.

/s/BARBARA DUNNING